IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| EDWARD J. COOK, | § | |
| | § | No. 388, 2014 |
| Defendant-Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware in and |
| v. | § | for New Castle County |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1204020357 |
| | § | |
| Plaintiff-Below, | § | |
| Appellee. | § | |

Submitted: April 1, 2015
Decided: April 2, 2015

Before **STRINE**, Chief Justice, **HOLLAND**, and **VALIHURA**, Justices.

## ORDER

This 2nd day of April 2015, after considering the parties' briefs and hearing oral arguments, the Court has concluded that the judgment of the Superior Court should be affirmed on the basis of its Memorandum Opinion dated February 13, 2013. *Accord Bradley v. State*, 2004 WL 1964980 (Del. Aug. 19, 2004) (substantial compliance with the Office of Highway Safety check point policy and procedures).

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

Justice